[No. 71223-3-I.   Division One.   August 11, 2014.]

*In the Matter of the Dependency of* G.C.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. ANDREA CERIO, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-7-00503-1, Michael T. Downes, J., entered November 21, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Cox, J.

[Nos. 71266-7-I; 71267-5-I;   Division One.   August 11, 2014.]
71268-3-I.

*In the Matter of the Dependency of* K.L.D. ET AL.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. ASHLEY TODD, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, Nos. 12-7-00794-9, 12-7-00795-7, and 12-7-00796-5, Joseph P. Wilson, J., entered November 13, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 71394-9-I.   Division One.   August 11, 2014.]

THE CITY OF KAHLOTUS, *Respondent,* v. SHARON M. LIND, *Appellant.*

Appeal from judgments of the Superior Court for Franklin County, No. 09-2-51403-1, Vic L. VanderSchoor, J., entered January 25 and March 14, 2013. *Dismissed* by unpublished per curiam opinion.